```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LOLA BOUCHARD, et al.,         :    CONSOLIDATED UNDER
                               :    MDL-875
        Plaintiffs,            :
                               :    Transferred from the Western
     v.                        :    District of Washington
                               :    (Case No. 11-00458)
CBS CORPORATION, et al.,       :
                               :    E.D. PA CIVIL ACTION NO.
        Defendants.            :    2:11-CV-66270-ER
```

**O R D E R**

**AND NOW**, this **17th** day of **April 2012,** it is hereby **ORDERED** that Plaintiffs' Motion to Expedite Remand and Motion for Remand (ECF No. 4) are **DENIED**.

   **AND IT IS SO ORDERED.**

                              **s/Eduardo C. Robreno**

                              **EDUARDO C. ROBRENO, J.**

1